IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

PAUL MONDERER,

    Plaintiff,

v.                                                C.A. No.: 1:20-cv-140

TEXAS PARTNERS TITLE, LLC,
RODGER M. SANDERS, and,
JEAN ANN BROCK,

    Defendants.
_____/

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(3)(D), and LR 81.2, Plaintiff, PAUL MONDERER, provide the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):

None.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

PAUL MONDERER, Plaintiff;
CHARLES L. SCALISE, ESQ., DANIEL B. ROSS, ESQ., ROSS • SCALISE LAW GROUP, Attorneys for Plaintiff;
TEXAS PARTNERS TITLE, LLC, Defendant;
RODGER M. SANDERS, Defendant; and,
JEAN ANN BROCK, Defendant.

Respectfully submitted February 6, 2020.

*/s/ Charles L. Scalise*
**CHARLES L. SCALISE**
Texas Bar No. 24064621
ROSS • SCALISE LAW GROUP
1104 San Antonio Street
Austin, Texas 78701
Telephone: 512-474-7677
Fax:           512-474-5306
Email:         charles@rosslawpc.com

**ATTORNEYS FOR PLAINTIFF**