IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION



PAUL MONDERER,

    Plaintiff,

v.                                               C.A. No.: 1:20-cv-140-LY

TEXAS PARTNERS TITLE, LLC,
RODGER M. SANDERS, and,
JEAN ANN BROCK

    Defendants.

_____/

## ORDER ON NOTICE OF DISMISSAL WITH PREJUDICE

On this day, came on to be heard the Notice of Dismissal with Prejudice filed by the Plaintiff.

IT IS ORDERED, that all claims asserted by Plaintiff, PAUL MONDERER, against Defendants, TEXAS PARTNERS TITLE, LLC, RODGER M. SANDERS, and JEAN ANN BROCK, in this action are hereby dismissed, **with prejudice**, each Party bearing their own attorney's fees and costs.

Signed this _____ day of _____, 2020.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE